

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-22-00016-CV

**IN RE Michele Carey GARCIA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice (dissent to follow)
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On January 10, 2022, relator Michele Carey Garcia filed a petition for writ of mandamus. On January 10, 2022 and January 11, 2022, real party in interest Rogelio Lopez, Jr. filed responses.

After reviewing the petition and responses, we CONDITIONALLY GRANT the petition for writ of mandamus. The trial court is directed to vacate the portions of its January 6, 2022 injunction order that:

1) find that the decision by Bexar County Democratic Chair Monica Alcantara to place relator Michele Carey Garcia's name on the primary ballot for the 2022 Democratic Party Primary for the office of Judge of the Justice of the Peace, Precinct 4, Place 1 is not permitted by the Texas Election Code and that Alcantara therefore should have rejected Garcia's application;

2) direct Alcantara to "take all steps necessary to prevent the printing of the ballots for the office of Judge of the Justice of the Peace, Precinct 4, Place 1" that include Garcia's name, "including withdrawing any certification or request she has made for printing of said ballots";

3) permanently enjoin Alcantara and the Bexar County Democratic Party from allowing Garcia to appear as a candidate on the primary ballot for the 2022 Democratic Party Primary for the office of Judge of the Justice of the Peace, Precinct 4, Place 1;

---

[1] This proceeding arises out of Cause No. 2021-CI-26103, styled *Rogelio Lopez, Jr. v. Monica Alcantara, Michele Carey Garcia and Albert Whitby*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.

4) require Alcantara to withdraw any previous certification of Garcia's name to appear as a candidate on the primary ballot for the 2022 Democratic Party Primary for the office of Judge of the Justice of the Peace, Precinct 4, Place 1 and restrain her from re-certifying Garcia's name to appear on the ballot;

5) find Garcia's application was defective under the Texas Election Code; and

6) require Alcantara to reject Garcia's application to appear as a candidate on the primary ballot for the 2022 Democratic Party Primary for the office of Judge of the Justice of the Peace, Precinct 4, Place 1.[2]

The writ will issue only if the trial court fails to comply by January 12, 2022.

Written opinions will issue at a later date.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court

---

[2] This order does not affect the portions of the January 6, 2022 order that pertain to Albert Whitby, who is a party to the trial court's order but not to this mandamus proceeding.